1  JOSEPH P. RUSSONIELLO (CA 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)
   Assistant U.S. Attorney
5
      450 Golden Gate Ave (11th Floor)
6     San Francisco, CA 94102
      Telephone: (415) 436-6844
7     Facsimile: (415) 436-7234

8  Attorneys for the United States

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,        )   CRIMINAL NO. 3-08-70035-EDL EMC
13                                  )
         V.                         )
14                                  )
                                    )   **PROPOSED ORDER**
15                                  )
   AIMEE MARTINEZ                   )
16 _____  )

17    Based on information and belief that the defendant, Aimee Martinez, complied with all

18 conditions of release and successfully posted property as security for bond in the Eastern District

19 of Washington, the parties advised the Court that a hearing on February 8, 2008, was no longer

20 necessary. Instead of the hearing, the parties hereby respectfully request the Court to order the

21 defendant to appear as instructed by the District Court of the Eastern District of Wisconsin on a

22 date to be determined, to respond to the charges filed against her in United States v. Sheldon, et.

23 al., 08-CR-036.

24
      Respectfully Submitted,
25
      AIMEE MARTINEZ                        JOSEPH P. RUSSONIELLO
26    Defendant                             United States Attorney

27    _____              _____
      MICHAEL HINCKLEY                      S. WAQAR HASIB
28    Counsel for Defendant                 Assistant United States Attorney

1  So ORDERED.

2
   Date: _____
3                                    HON. MARIA-ELENA JAMES
                                     United States Magistrate Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28