1  JOSEPH P. RUSSONIELLO (CA 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  S. WAQAR HASIB (CABN 234818)
   Assistant U.S. Attorney
5
   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-6844
7  Facsimile: (415) 436-7234

8  Attorneys for the United States

**FILED**

FEB 1 4 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

9               UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11              SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )   CRIMINAL NO. 3-08-70035-EDL EMC
13                                  )
         v.                         )
14                                  )
                                    )   ~~PROPOSED~~ ORDER
15                                  )
   AIMEE MARTINEZ                   )
16 _____  )

17     Based on information and belief that the defendant, Aimee Martinez, complied with all
18 conditions of release and successfully posted property as security for bond in the Eastern District
19 of Washington, the parties advised the Court that a hearing on February 8, 2008, was no longer
20 necessary. Instead of the hearing, the parties hereby respectfully request the Court to order the
21 defendant to appear as instructed by the District Court of the Eastern District of Wisconsin on a
22 date to be determined, to respond to the charges filed against her in United States v. Sheldon, et.
23 al., 08-CR-036.

24
   Respectfully Submitted,
25
   AIMEE MARTINEZ                          JOSEPH P. RUSSONIELLO
26 Defendant                                United States Attorney

27
   MICHAEL HINCKLEY                        S. WAQAR HASIB
28 Counsel for Defendant                   Assistant United States Attorney

...

1 | So ORDERED.
2 |
3 | Date: 2-14-08

HON. MARIA-ELENA JAMES
United States Magistrate Judge