✎ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
**Northern District of California**

| UNITED STATES OF AMERICA<br>V.<br>AIMEE MARTINEZ | **COMMITMENT TO ANOTHER DISTRICT**<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of California | Eastern District of Wisconsin | 3-08-mj-70035-EDL-3 | 08-0036-CNC-AEG-4 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

**charging a violation of**  21  **U.S.C. §**  841(a)(1), 841 (b)(1)(A), and 846

**DISTRICT OF OFFENSE**
Eastern District of Wisconsin

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute a controlled substance

**CURRENT BOND STATUS:**

☒ Bail fixed at  $100,000  and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify)  Defendant ordered to appear as instructed by District Court of Eastern District of Wisconsin

Bond, if any, shall be transferred to the District of Offense

**Representation:**  ☐ Retained Own Counsel  ☐ Federal Defender Organization  ☒ CJA Attorney  ☐ None

**Interpreter Required?**  ☒ No  ☐ Yes  Language:

May 9, 2008
Date

IT IS SO ORDERED
Judge Maria-Elena James
United States Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |