U.S. DISTRICT COURT
**UNITED STATES DISTRICT COURT** EASTERN DISTRICT-WI
**Northern District of California**                 FILED
**450 Golden Gate Avenue**
**San Francisco, California 94102**

'08  MAY 19  A10 :04

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                            415.522.2000

JON ............ CLERK
MAIL-REC'D
May 14, 2008                                                   **FILED**
Office of the Clerk
U.S. District Court
                                                              **MAY 2 3 2008**
    362 U.S.District Courthouse
    517 E. Wisconsin Ave.                               **RICHARD W. WIEKING**
    Milwaukee WI  53202                              **CLERK, U.S. DISTRICT COURT**
                                                     **NORTHERN DISTRICT OF CALIFORNIA**


Case Name:      USA v. Ricardo Alvarez-Morales, Aimee Martinez
Case Number:    3:08-70035 MAG
Charges:        21:841(a)(1) (A) and 846

Dear Clerk:

        The above charges originated in your district and the defendant has appeared before U.S.
Magistrate Judge Maria Elena James  The following action has been taken:

        ( x)    The U.S. Marshal has been ordered to remove this defendant
                to your district forthwith.
        ( )     The defendant has a court appearance in your court on:

Enclosed are the following documents:
                           xoriginal Rule 40 affidavit  originals sent
all copies sent            original minute orders      also original bonds
                certified copy of *AO 94, Commitment to Another District*


        Please acknowledge receipt of the documents on the attached copy of this letter and return
in the envelope provided.
                                Sincerely yours,

                                RICHARD WIEKING, Clerk


                                by:  Lori Murray
                                Case Systems Administrator

Enclosures
cc: Financial Office


-------------------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date: _____        **CLERK, U.S. DISTRICT COURT**